UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RUBY M. YARBOROUGH**, Plaintiff, vs. **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION**, Defendant. | 2:20-CV-12286-TGB-DRG **JUDGMENT** |

In accordance with the Opinion and Order issued on this date, **ACCEPTING AND ADOPTING** Magistrate Judge David R. Grand's Report and Recommendation (ECF No. 24), it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (ECF No. 22) is **DENIED**, Plaintiff's Motion for Summary Judgment (ECF No. 20) is **GRANTED**, and the case is **REMANDED** to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g).

Dated at Detroit, Michigan:  February 8, 2022.

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE