UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **RUBY M. YARBOROUGH,**  Plaintiff,  vs.  **COMMISSIONER OF SOCIAL SECURITY,**  Defendant. | **2:20-CV-12286-TGB-DRG**  **ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 30)** |

This matter is before the Court on Magistrate Judge David R. Grand's March 30, 2023 Report and Recommendation (ECF No. 30), recommending that Plaintiff's Motion for Attorney's Fees (ECF No. 28) be **GRANTED.**

The Court has reviewed Judge Grand's Report and Recommendation and finds that it is well-reasoned and supported by the applicable law. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report … to which objection is made." *Id.*

Where, as here, neither party has objected to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will, therefore, accept Judge

1

Grand's Report and Recommendation as its findings of fact and conclusions of law.

Accordingly, it is **ORDERED** that Judge Grand's Report and Recommendation (ECF No. 30) is **ACCEPTED** and **ADOPTED**. It is further **ORDERED** that Plaintiff's Motion for Attorneys Fees (ECF No. 28) is **GRANTED**.

Plaintiff's counsel shall be award attorney fees in the amount of $15,997.75. Plaintiff's counsel shall reimburse Plaintiff the $8,500.00 that he received under the EAJA.

**SO ORDERED** this 6th day of July, 2023.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge